UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x

Cassandra Gamble,

individually and on behalf of all others similarly situated;

                          Plaintiff,

    -v.-

Second Round, LP;

                          Defendants.

---------------------------------------------------------------------------x

Civil Action No: 2:22-cv-6732

**JOINT STIPULATION OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 20, 2023

| For Plaintiff Cassandra Gamble | For Defendant Second Round, LP |
|---|---|
| */s/ Yaakov Saks* | */s/ Matthew Brady Johnson* |
| Yaakov Saks | Matthew Brady Johnson |
| Stein Saks, PLLC | Gordon Rees Scully Mansukhani |
| 1 University Plaza | One Battery Park Plaza |
| Hackensack, NJ 07601 | New York, NY 10004 |
| Ph: (201) 282-6500 | Ph: (212) 402-2298 |
| ysaks@steinsakslegal.com | mbjohnson@grsm.com |

SO ORDERED

   s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 2/21/2023

1